IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00048-F-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| NOE BARREIRO, | ) | |
| Defendant. | ) | |

Before the court are the following motions *in limine* filed by Noe Barreiro:

(1) Motion to Exclude Witness Testimony Offering Any Opinion as to What Any Speaker Meant When They Used Certain Words During Intercepted Telephone Calls [DE-124];

(2) Motion for "Bruton" Hearing [DE-125];

(3) Motion for Hearing on the Authenticity and Audibility of Audio Recordings, Accuracy of Transcripts and the Deletion of Impertinent and Prejudicial Material [DE-126];

(4) Motion for Hearing on the Admissibility of Documents as Having Been Executed by the Defendant [DE-127]; and

(5) Motion to Exclude Expert Witness Testimony Offering any Opinion as to What Any Speaker Meant when They Used Certain Words During Intercepted Telephone Calls [DE-128].

The above-stated motions *in limine* were filed in anticipation of trial. At his arraignment, held on August 1, 2016, Barreiro pled guilty to Count Two, pursuant to a written plea agreement [DE-143]. It was agreed that Count One would be dismissed at sentencing. Because Barreiro's motions *in limine* are now moot, they [DE-124, -125, -126, -127, -128] will be DISMISSED as moot.

SO ORDERED.

This, the ____ day of August, 2016.

                                                JAMES C. FOX
                                                Senior United States District Judge